IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHAD W. NORMAN                                                    PLAINTIFF

v.                       No. 4:17-cv-482-DPM

WILLIAM COOPER, Medical Director,
Turnkey Medical; PAM JOHNSON,
APN/NPRN, Turnkey Medical; KAREN
LITTLE, RN, Turnkey Medical; WENDY
NICHOLS, RN, Turnkey Medical; KAREN
CHASE, Medical Director, Turnkey Medical;
A. ROGERS, Deputy, Pulaski County Regional
Detention Facility; DOC HOLLADAY, Sheriff,
Pulaski County; and JACOB MITCHELL,
Medical Administrator, PCRDF                                      DEFENDANTS

## ORDER

Unopposed recommendation, № 45, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, № 39, and motion for summary judgment, № 41, granted. Norman's claims against Cooper, Johnson, Little, Nichols, Chase, and Mitchell will be dismissed without prejudice. His claims against Holladay and Rogers will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2018