IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHAD W. NORMAN                                                                      PLAINTIFF

v.                              No. 4:17-cv-482-DPM

WILLIAM COOPER, Medical Director,
Turnkey Medical; PAM JOHNSON,
APN/NPRN, Turnkey Medical; KAREN
LITTLE, RN, Turnkey Medical; WENDY
NICHOLS, RN, Turnkey Medical; KAREN
CHASE, Medical Director, Turnkey Medical;
A. ROGERS, Deputy, Pulaski County Regional
Detention Facility; DOC HOLLADAY, Sheriff,
Pulaski County; and JACOB MITCHELL,
Medical Administrator, PCRDF                                                     DEFENDANTS

## JUDGMENT

Norman's claims against Holladay and Rogers are dismissed with prejudice. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2018